Rose Minx, appellant, v. Bernice Yenerich and Mrs. B. G. Yenerich, appellees. Gen. No. 39,923.

Opinion filed April 25, 1938.

Martin Rothman, for appellant. Robertson, Crowe & Spence, for appellees; Burt A. Crowe, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

In re Estate of Michael DeMarchi, deceased. Charles DeMarchi, administrator of estate of Michael DeMarchi, deceased, appellee, v. William J. Hannan, individually and as administrator of estate of Carrie DeMarchi, deceased, appellant. Gen. No. 38,891.

Opinion filed May 3, 1938.

Wheelock, Newey & Mackenzie and Elmer E. Abrahamson, for appellant. Otto Ade Arnston, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Emily Brosseit, appellee, v. August W. Nimtz, appellant. Gen. No. 39,333.

Opinion filed May 3, 1938.

Barrett, Barrett, Costello & Barrett, for appellant; Chester D. Kern, of counsel. Mitgang & Baskin, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Louis Deitch, appellant, v. Samuel Rubenstein, appellee. Gen. No. 39,632.

Opinion filed May 3, 1938.

James K. Miller and William A. Morrow, for appellant; Walter M. Fowler and Robert L. Elliott, Jr., of counsel. Miller, Gorham, Wescott & Adams, for appellee; Herbert C. De Young, Charles F. White and Robert E. English, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.